

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00031-CV

_____


BERNARD DIXON, Appellant

V.

PILGRIM BANK, Appellee


On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. CV-41193


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

The appellant, Bernard Dixon, has filed a motion to dismiss this pending appeal. Dixon represents that the parties have reached a full and final settlement and that he no longer desires to prosecute the appeal.

We grant Dixon's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).


Jack Carter
Justice


Date Submitted:     June 17, 2014
Date Decided:       June 18, 2014